UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVRAJ SINGH , <br><br> Petitioner, <br><br> v. <br><br> SERGIO ALBARRAN, *et al.*, <br><br> Respondent, | Case No. 1:26-cv-0333-DC-JDP <br><br><br> ORDER |

On January 21, 2026, the court granted petitioner's motion for a preliminary injunction and referred the matter to me for further proceedings. ECF No. 8.

Still pending is respondents' answer, ECF No. 9. Petitioner may file a traverse to respondents' motion within seven days. If petitioner does not file a traverse by this deadline, the matter will be deemed submitted.

1

Accordingly, it is hereby ORDERED that petitioner may file a traverse to respondents' motion within seven days. If petitioner does not file a traverse by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.

Dated: February 26, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE